**ROSEN & ASSOCIATES, P.C.**
**Robert C. Rosen (SBN 79684)**
**Kirsten Anderson (SBN 175936)**
444 S. Flower Street, Suite 602
Los Angeles, California 90071
Tel.: (213) 362-1000; Fax: (213) 362-1001
e-mail: robertrosen@rosen-law.com

Attorneys for Petitioners and Cross-Respondents
ANDREW WRIGHT and BLENDA WRIGHT

**JS-6**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW WRIGHT and BLENDA WRIGHT, Trustees of The Wright Family Trust,<br><br>    Petitioners,<br><br>v.<br><br>JOHN MARSHALL, ROLLANCE VERKINNIS and LINCOLN FINANCIAL ADVISORS CORP.,<br><br>    Respondents.<br><br>[Removed from state court]<br>_____<br><br>JOHN MARSHALL, ROLLANCE VERKINNIS and LINCOLN FINANCIAL ADVISORS CORP.,<br><br>    Cross Petitioners [improperly designated as Petitioners],<br><br>v.<br><br>ANDREW WRIGHT and BLENDA WRIGHT, Trustees of The Wright Family Trust,<br><br>    Cross Respondents, [improperly designated as Respondents]. | **CASE NO.: CV11 04506 JAK VBKx**<br>**[Hon. John A. Kronstadt]**<br><br>**JUDGMENT** |

On April 27, 2011, a decision and award ("Award") was issued by a three member arbitrator panel in an arbitration proceeding governed by the Financial Institutions Regulatory Authority ("FINRA," formerly NASD). According to the Award, ANDREW and BLENDA WRIGHT (the "Wrights"), prevailed against the Respondents, JOHN MARSHALL, LINCOLN FINANCIAL ADVISORS CORPORATION, and ROLLANCE VERKINNIS ("Lincoln Parties"). The current proceeding in this Court concerns that Award.

On May 18, 2011, in California Superior Court, in Los Angeles, the Wrights filed a Petition to Confirm Arbitration Award ("State Proceeding"). On May 25, 2011, in this Court, the Lincoln Parties filed a Complaint and Petition for Vacation of Arbitration Award with Prejudice ("Complaint"). [Docket No. 1] In the Complaint, the Lincoln Parties petitioned this Court to vacate the Award.

On May 27, 2011, the Lincoln Parties filed a Notice of Removal of Action and related documents. [Docket No. 4] By that Notice, the State Proceeding was removed to this Court.

On June 9, 2011, the Wrights filed a motion which asked this Court for an Order for the following relief ("Motion") [Docket No. 10]:
 (1) **Remand** this case to state court because **federal jurisdiction** is lacking and/or because this Court should abstain from accepting jurisdiction over any part of this case, or
 (2) **Grant** the Petition by the Wrights to Confirm Contractual Arbitration Award ("Petition to Confirm;" see also "Award" at Ex. 2; and "Petition" at Ex. 3) and **dismiss or deny** the "Complaint and Petition for Vacation of Arbitration Award" ("Petition to Vacate"; on Court's Docket as No. 1) filed by [Cross] Petitioners JOHN MARSHALL, ROLLANCE VERKINNIS and LINCOLN FINANCIAL ADVISORS CORPORATION (collectively, "**Lincoln**" or "Removing Parties" or Cross Petitioners mis-designated as Petitioners); and
 (3) **Award attorneys' fees** and/or Rule 11 sanctions in favor of the Wrights and against Lincoln and their counsel.

///

On June 27, 2011, the Lincoln Parties filed "Defendants' Opposition to

that Portion of Plaintiffs' Motion to Remand Requesting an Award re Motion to Remand Case, etc." ("Opposition") [Docket No. 12].

On July 1, 2011, the Parties filed a "Stipulation and [Proposed] Order of Dismissal of the Complaint and Petition for Vacation of Arbitration Award with Prejudice as to All Cross-Respondents." [Docket Nos. 13 and 14]

On July 5, 2011, the Wrights filed a "Reply in support of Motion for Sanctions, etc." [Docket No. 15].

On July 11, 2011, at 1:30 p.m., the Honorable John A. Kronstadt, Judge presiding in Courtroom 750, held a hearing on the Motion by the Wrights to: (1) Remand this Case to State Court and/or Abstain from Accepting Jurisdiction; or (2) Grant the Wrights' Petition to Confirm the Arbitration Award and Dismiss or Deny Lincoln's "Complaint and Petition to Vacate" the Award; and (3) Award Attorneys' Fees And/or Sanctions Against the Lincoln Parties and their Counsel.

After reviewing the motion papers, the file in this case and after oral argument by counsel, the Court enters judgment in favor of the Wrights and against the Lincoln Parties as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

(A)   The attached Arbitration Award in favor of the Wrights and against the Lincoln Parties is hereby confirmed as a Judgment. Specifically:

1. The Lincoln Parties are jointly and severally liable for and shall pay to the Wrights compensatory damages in the amount of $1,170,500.00.
2. The Lincoln Parties are jointly and severally liable for and shall pay to the Wrights simple interest at the rate of 10% per annum on the amount of $1,170,500.00 from the date of the award until the award is paid in full.

3. Lincoln Financial is solely liable for and shall pay to the Wrights compensatory damages in the amount of $590,000.00.

4. Lincoln Financial is solely liable for and shall pay to the Wrights simple interest at the rate of 10% per annum on the amount of $590,000.00 from the date of the award until the award is paid in full.

5. Lincoln Financial is solely liable for and shall pay to the Wrights $600.00 to reimburse the Wrights for the non-refundable portion of the Wrights' initial claim filing fee.

(B) The Lincoln Parties' Complaint and Petition for Vacation of Arbitration Award is hereby dismissed, with prejudice.

(C) Sanctions in the form of attorneys fees of $5,000 are awarded in favor of the Wrights and against the Lincoln Parties and their counsel, Lewis Brisbois Bisgaard & Smith LLP.

(D) Sanctions due by the Lincoln Parties and their counsel are to be paid to the Wrights no later than July 25, 2011.

DATED: August 1, 2011

_____
Hon. John A. Kronstadt
United States District Court
Central District of California

N:\WORK\WRIGHT, ANDREW and BLENDA\5. WRIGHT V. MARSHALL LASC - 1389-05\0. MARSHALL V. WRIGHT USDC\COURT\Proposed Judgment 07-28-11.wpd